UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**In re:**
Thomas Allen Taylor Sr.
1278 Erie Street
East Liverpool, OH 43920

Mashelle Suzette Taylor

**Case Number:** 16–40053–kw

**Chapter:** 13

**Judge:** KAY WOODS

## NOTICE OF FILING MODIFIED CHAPTER 13 PLAN

To: Creditors and Parties in Interest

Please take notice that the above captioned Debtor(s) has/have filed, pursuant to 11 U.S.C. § 1329(a), a proposed Modified Plan.

The Standing Chapter 13 Trustee shall conduct an examination of the Debtor(s) with respect to the proposed Modified Plan on:

**Date/Time/Location of Hearing**
November 9, 2016 **at** 10:00 AM
Federal Building, 10 East Commerce St., 341 Meeting Room, 3rd Floor, Youngstown, OH 44503

This notice is given pursuant to Fed. R. Bankr. P. 2002 [Interim](a)(5). You may (i) attend and participate in such examination; and/or (ii) file an objection to approval of the Modified Plan. Any objection to approval of the Modified Plan must be filed within fourteen (14) days after conclusion of the Trustee's examination. If no objection is interposed, the Modified Plan shall become the Debtor's (s') Plan, upon approval of the Bankruptcy Court, without further notice or hearing.

**Dated:** October 5, 2016
Form ohnb178

For the Court
Kenneth J. Hirz, Clerk